# MEMO ENDORSED

## THE LAW OFFICES OF KRISTINA MAZZOCCHI

ATTORNEY AT LAW
43 West 43rd Street, Suite 153
New York, NY 10036-7424
_____
TELEPHONE: 347-484-7413

January 17, 2023

> Plaintiffs' request to file the settlement agreement in two weeks, by February 1, 2023, is granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: January 18, 2023
> New York, New York

**Via ECF**
District Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Lucero et al. v. Papa Hotel Corp. et al.
Case No.:  1:22-cv-06100-ER

Dear Hon. Judge Ramos:

This office represents Plaintiffs Claudia Lucero, Magdalena L. Rojas, Olga Saavedra, and Maria Del Carmen Silva (hereinafter "Plaintiffs") in the above referenced matter. I, together with Defendants' Counsel, write to request a two-week extension to finalize the parties' settlement agreement. The parties have reached a mutual agreement to settle this case at their mediation held on December 15, 2022 and papers have been drafted, exchanged and approved. We are just waiting to finalize with signatures. As such the parties respectfully request a two-week extension to submit the settlement agreement and Cheeks review for Court's review.

By: _____/s/_____
Kristina Mazzocchi, Esq.
The Law Offices of Kristina Mazzocchi
43 West 43rd Street, Suite 153
New York, NY 10036-7424
Kristina@Mazzocchilaw.com

cc: All counsel of record (via ECF)